MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**ROBERT CRUMP**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 6:19-mj-0077-JDP |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND PLEA AND SENTENCING; ORDER THEREON |
| vs. | Division: Eastern District, Fresno |
| ROBERT CRUMP, | Magistrate: Hon. Jeremy D. Peterson |
| Defendant. | Date: January 28, 2010 |
| | Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, ROBERT CRUMP ("Mr. Crump"), by and through her attorney of record, Michael Mitchell, that the status conference in the above-captioned matter set for January 28, 2020 at 10:00 a.m., be vacated, and the matter be set for plea and sentencing on March 10, 2020 at 10:00 a.m.


DATED: January 23, 2020             /s/ Michael E. Mitchell
                                     Michael E. Mitchell Attorney for Defendant
                                     ROBERT CRUMP

DATED: January 23, 2020             /s/ Susan St. Vincent
                                     Susan St. Vincent, Acting Legal Officer
                                     National Park Service

## ORDER

It is hereby ordered that the above request (1) to vacate the status conference for defendant ROBERT CRUMP, now set for January 28, 2020 at 10:00 a.m., and (2) to set the matter for plea and sentencing on March 10, 2020 at 10:00 a.m., be granted.

IT IS SO ORDERED.

Dated: January 25, 2020

_____
UNITED STATES MAGISTRATE JUDGE